UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:21-cr-20584<br>Judge: Murphy, Stephen J.<br>MJ: Altman, Kimberly G.<br>Filed: 09-14-2021 At 03:42 PM<br>INDI USA V. DOOLEY (DA) |
| Plaintiff, | |
| v. | VIO:<br>21 U.S.C. § 841(a)(1) and<br>(b)(1)(B)(viii)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1) |
| DONTE DOOLEY, | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
*Possession with intent to distribute a controlled substance (Methamphetamine)*

On or about April 1, 2021, in the Eastern District of Michigan, the defendant, Donte Dooley, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

1

## COUNT TWO
21 U.S.C. § 841(a)(1), (b)(1)(C)
*Possession with intent to distribute a controlled substance (Heroin and Fentanyl)*

On or about April 1, 2021, in the Eastern District of Michigan, the defendant, Donte Dooley, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE
21 U.S.C. § 841(a)(1), (b)(1)(C)
*Possession with intent to distribute a controlled substance (Cocaine)*

On or about April 1, 2021, in the Eastern District of Michigan, the defendant, Donte Dooley, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR
18 U.S.C. § 924(c)(1)(A)
*Possession of a firearm in furtherance of a drug trafficking crime*

On or about April 1, 2021, in the Eastern District of Michigan, the defendant, Donte Dooley, knowingly possessed a firearm, that is, a Smith & Wesson M&P 9C 9mm semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to

distribute a controlled substance as alleged in Counts One, Two, and Three of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE
18 U.S.C. § 922(g)(1)
*Possessing a firearm while a convicted felon*

On or about April 1, 2021, in the Eastern District of Michigan, the defendant, Donte Dooley, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson M&P 9C 9mm semi-automatic pistol, which had previously traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
21 U.S.C. § 853; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense set forth in Counts One, Two, and Three of the Indictment, the convicted defendant shall forfeit to the United States: (a) any property constituting or derived from, any proceeds obtained, directly or indirectly,

as a result of such violation; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offenses set forth in Counts Four and Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offenses.

**Substitute Assets:** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

                                                                               THIS IS A TRUE BILL

                                                         *s/ Grand Jury Foreperson*
                                                         GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


*s/ Benjamin C. Coats*
BENJAMIN C. COATS
Chief, Major Crimes Unit


*s/ Meghan S. Bean*
MEGHAN SWEENEY BEAN
Assistant United States Attorney


Dated: September 14, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:21-cr-20584<br>Judge: Murphy, Stephen J.<br>MJ: Altman, Kimberly G.<br>Filed: 09-14-2021 At 03:42 PM<br>INDI USA V. DOOLEY (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: MSB |

**Case Title:** USA v. Donte Dooley

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30411 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 14, 2021
Date

Meghan J. Bean
Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0214
Fax: 313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.